FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER B.[1], <br><br>      Plaintiff, <br><br>vs. <br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, <br><br>      Defendant. | No. 4:20-cv-00156-MKD <br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** <br><br>**ECF Nos. 17, 20** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 20, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney Dana Madsen represents Plaintiff. Attorney Katherine Watson represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names. *See* LCivR 5.2(c).

ORDER - 1

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 20**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following:

On remand, the Appeals Council will instruct the ALJ to:

- Provide Plaintiff an opportunity for a new hearing;
- Reevaluate the opinion evidence in accordance with 20 C.F.R. § 416.920c;
- Reevaluate Plaintiff's symptom testimony;
- Reevaluate Plaintiff's residual functional capacity;
- Obtain supplemental evidence from a vocational expert, as necessary; and
- Issue a new decision.

*See* ECF No. 20 at 2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is **STRICKEN AS MOOT**.

ORDER - 2

5. Upon proper presentation, this Court consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED April 5, 2021.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 3